# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROBERT D. HECKMAN,<br><br>       Petitioner<br><br>       v.<br><br>WILLIAM SANCHEZ AND RUSH<br>TOWNSHIP BOARD OF SUPERVISORS,<br><br>       Respondents | No. 267 MAL 2015<br><br>Petition for Allowance of Appeal from the<br>Order of the Commonwealth Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.